IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA ODOMS | : | Civil Action No: 12-7146 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| YWCA OF BUCKS COUNTY | : | |
| Defendant | : | |

## **ORDER**

**AND NOW,** this ___ day of June, 2013, upon consideration of Defendant's Motions to Dismiss Plaintiff's Complaint (Doc. 6), and all responses thereto, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

    **BY THE COURT:**

    **/s/ Petrese B. Tucker**

    _____

    **Hon. Petrese B. Tucker, C.J.**